**Order entered October 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00334-CR

### JASON WALLACE CARPENTER, Appellant

### V.

### STATE OF TEXAS, Appellee

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 061997**

## ORDER

The record in this case reflects that appellant was convicted of burglary of a habitation, as alleged in Count 1 of the indictment, and burglary of a building, as alleged in Count 2 of the indictment. The clerk's record contains the judgment for Count 2, which contains information regarding the sentence imposed on Count 1. The clerk's record, however, does not contain the actual judgment for Count 1 of the indictment.

Accordingly, this Court **ORDERS** the Grayson County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the trial court's judgment for Count 1.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Grayson County District Clerk, and to counsel for all parties.

/s/     DAVID EVANS
JUSTICE